IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GILBERTO HERNANDEZ, )<br>        Petitioner, )<br>  vs. )<br>D. K. SISTO, Warden, )<br>        Respondent. )<br>_____ ) | No. C 09-00165 JW (PR)<br><br>ORDER TO SHOW CAUSE;<br>DENYING MOTION TO PROCEED<br>*IN FORMA PAUPERIS* AS MOOT<br><br><br>(Docket No. 7) |

Petitioner, an inmate at California State Prison - Solano, in Vacaville, proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the 2006 decision by the Board of Parole Hearings (the "Board") finding petitioner unsuitable for parole. Petitioner has paid the filing fee.

**BACKGROUND**

According to the petition, petitioner pleaded no contest in San Mateo County Superior Court to second degree murder and escape from county jail and was sentenced to a term of fifteen years-to-life with a three enhancement in state prison on March 11, 1994. On June 10, 2006, the Board found petitioner unsuitable for

Order to Show Cause; Denying IFP
P:\PRO-SE\SJ.JW\HC.09\Hernandez00165_osc(parole).wpd

1  parole after his second parole consideration hearing.  Petitioner challenged the
2  Board's decision by filing habeas petitions in the state courts.  The California
3  Supreme Court denied the petition on December 23, 2008.  Petitioner filed the
4  instant federal petition on January 13, 2009.

## DISCUSSION

### A. Standard of Review

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

### B. Petitioner's Claims

Petitioner seeks federal habeas corpus relief from the Board's June 10, 2006 decision finding petitioner unsuitable for parole on the grounds that 1) the denial violates petitioner's right to due process, and 2) it violates the terms of his plea agreement.  Liberally construed, petitioner's claims appear cognizable under § 2254 and merit an answer from respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Petitioner's motion for leave to proceed in forma pauperis (Docket No. 7) is DENIED as moot since petitioner has paid the filing fee.  (See Docket No. 4.)

2. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the

1  Attorney General of the State of California.  The clerk also shall serve a copy of this
2  order on petitioner.

3      3.    Respondent shall file with the court and serve on petitioner, within
4  **ninety (90) days** of the issuance of this order, an answer conforming in all respects
5  to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of
6  habeas corpus should not be issued.  Respondent shall file with the answer and serve
7  on petitioner a copy of all portions of the state trial record that have been transcribed
8  previously and that are relevant to a determination of the issues presented by the
9  petition.

10  If petitioner wishes to respond to the answer, he shall do so by filing a
11  traverse with the court and serving it on respondent within **thirty (30) days** of his
12  receipt of the answer.

13      4.    Respondent may file a motion to dismiss on procedural grounds in lieu
14  of an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules
15  Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall
16  file with the court and serve on respondent an opposition or statement of non-
17  opposition within **thirty (30) days** of receipt of the motion, and respondent shall file
18  with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of
19  any opposition.

20      5.    Petitioner is reminded that all communications with the court must be
21  served on respondent by mailing a true copy of the document to respondent's
22  counsel.  Petitioner must also keep the court and all parties informed of any change
23  of address.

25  DATED:  May 19, 2009

    JAMES WARE
26      United States District Judge

**United States District Court**
For the Northern District of California

Order to Show Cause; Denying IFP
P:\PRO-SE\SJ.JW\HC.09\Hernandez00165_osc(parole).wpd     3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSE GILBERTO HERNANDEZ, | Case Number: CV09-00165 JW |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. |  |
| D K SISTO, Warden, |  |
| Respondent. |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/28/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Gilberto Hernandez J-12875
California State Prison - Solano
2100 Peabody Road
P. O. Box 4000
Vacaville, Ca 95696-4000

Dated: 5/28/2009

Richard W. Wieking, Clerk
/s/  By: Elizabeth Garcia, Deputy Clerk